The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DO NO HARM,<br><br>           Plaintiff,<br><br>    v.<br><br>THE UNIVERSITY OF WASHINGTON d/b/a UW School of Medicine and UW Medicine; BESSIE YOUNG, in her official capacity as Vice Dean for Equity, Diversity, and Inclusion at the UW School of Medicine and Medical Director at the UW Medicine Office of Healthcare Equity; PAULA HOUSTON, in her official capacity as Associate Vice President for Medical Affairs at the University of Washington and Chief Equity Officer at UW Medicine; and TIMOTHY DELLIT, in his official capacity as Executive Vice President for Medical Affairs at the University of Washington, Dean of the UW School of Medicine, and CEO of UW Medicine,<br><br>           Defendants. | NO. 2:24-cv-01678-JLR<br><br>JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: DECEMBER 4, 2024 |

Following the Court's November 4, 2024, Order permitting the filing of Plaintiff's First Amended Complaint and the parties' cooperation on service, the parties have been in discussions regarding a potential resolution to this action. Given these discussions and the parties' efforts toward potential resolution, the parties agree good cause exists for an extension of the deadline

JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
NO. 2:24-cv-01678-JLR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

for Defendants to respond to Plaintiff's First Amended Complaint. In light of the upcoming holidays, and to allow the parties time to complete their discussions in full, the parties respectfully ask that the Court extend the deadline for Defendants' responsive pleading to January 10, 2025.

DATED this 4th day of December 2024.

| | |
|---|---|
| ROBERT W. FERGUSON<br>*Attorney General*<br><br>*/s/ Nathan Bays*<br>NATHAN BAYS, WSBA # 43025<br>R. JULY SIMPSON, WSBA # 45869<br>LUCY WOLF, WSBA # 59028<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>P.O. Box TB-14<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>Nathan.Bays@atg.wa.gov<br>July.Simpson@atg.wa.gov<br>Lucy.Wolf@atg.wa.gov<br>*Attorneys for Defendants* | ARD LAW GROUP<br><br>*/s/ Joel B. Ard*<br>JOEL B. ARD, WSBA # 40104<br>P.O. Box 11633<br>Bainbridge Island, WA 98110<br>(206) 701-9243<br>joel@ard.law<br><br>CONSOVOY MCCARTHY PLLC<br><br>*/s/ Cameron T. Norris*<br>THOMAS R. MCCARTHY*<br>CAMERON T. NORRIS*<br>*Lead Counsel*<br>FRANK H. CHANG*<br>C'ZAR BERNSTEIN*<br>ZACHARY GROUEV*<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>frank@consovoymccarthy.com<br>czar@consovoymccarthy.com<br>zach@consovoymccarthy.com<br>*pro hac vice<br>*Attorneys for Plaintiff* |

JOINT STIPULATED MOTION FOR
EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
NO.  2:24-cv-1678-JLR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**ORDER**

The Court GRANTS the Parties' stipulated motion. Defendants Bessie Young, Paula Houston, Timothy Dellit, and The University of Washington shall file their pleading in response to Plaintiff's First Amended Complaint no later than January 10, 2025.

SO ORDERED this 4th day of December, 2024

_____
HONORABLE JAMES L. ROBART
United States District Judge

JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
NO. 2:24-cv-1678-JLR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744