1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| DO NO HARM,<br><br>          *Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON d/b/a UW School of Medicine and UW Medicine; BESSIE YOUNG, in her official capacity as Vice Dean for Equity, Diversity, and Inclusion at the UW School of Medicine and Medical Director at the UW Medicine Office of Healthcare Equity; PAULA HOUSTON, in her official capacity as Associate Vice President for Medical Affairs at the University of Washington and Chief Equity Officer at UW Medicine; and TIMOTHY DELLIT, in his official capacity as Executive Vice President for Medical Affairs at the University of Washington, Dean of the UW School of Medicine, and CEO of UW Medicine,<br><br>          *Defendants*. | Case No.: 2:24-cv-1678-JLR<br><br>**JOINT STIPULATION OF DISMISSAL** |

Joint Stipulation of Dismissal
No. 2:24-cv-1768-JLR

1

CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the following:

1. Do No Harm filed this lawsuit on October 15, 2024, challenging the University of Washington School of Medicine's "BIPOC Physicians Directory for UWSOM BIPOC Students." *UW BIPOC Physicians Directory* (archived Oct. 14, 2024), perma.cc/TT8L-TC63.

2. As of October 14, 2024, the medical school described the program as, among other things, "a private, secured database of physicians (including non-UW affiliated physicians and residents!) from across the country" who could "serve as points of contact for UWSOM BIPOC[*] student questions on specialties, residency programs and regions." *Id.* The medical school explained that the program answered the question: "What if there were a directory where BIPOC students could easily talk to physicians with identities similar to their own to find advice and answers …?" *Id.*

3. Also as of October 2024, the medical school stated that physicians should join to "[s]upport Black, Indigenous, People of Color (BIPOC) medical students at the

---

[*] As of October 14, 2024, the medical school's website stated that "BIPOC includes Black/African Diaspora, Native American/Indigenous, Native Hawaiian/Pacific Islander, Asian, Latine/Latinx, Middle Eastern, and North African." *UW BIPOC Physicians Directory* (archived Oct. 14, 2024), perma.cc/TT8L-TC63.

Joint Stipulation of Dismissal
No. 2:24-cv-1768-JLR

2

CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

University of Washington School of Medicine (UWSOM)" and to "[s]erve as a resource to UWSOM BIPOC students." *Id.*

4. Also as of October 2024, the medical school's career advising office listed the program under the heading "Resources for BIPOC Students" and explained that the program allowed students to "connect with BIPOC physicians with identities similar to their own." *Diverse Identities & Affinity Groups* (archived Oct. 14, 2024), perma.cc/6MAR-NZMN. The career advising office also thanked participants for their "commitment to shaping the next generation of BIPOC physicians" and stated that they were "still recruiting BIPOC physicians to be a resource in the BIPOC Physicians Directory." *BIPOC Physicians Directory Launch* (archived Oct. 14, 2024), perma.cc/Y8ZZ-GMQV.

5. Do No Harm alleged that the medical school and school officials violated 42 U.S.C. §1983, Section 1557 of the Affordable Care Act, and Title VI of the Civil Rights Act by prohibiting white physicians and medical students from adding their names to the program.

6. According to the medical school's counsel, the medical school does not and has never determined whether medical students or physicians can participate in the program based on their race; instead, the University's policy has consistently been that participation in the directory is open to everyone. Similarly, the medical school does not make any decisions about which participating physicians a participating

Joint Stipulation of Dismissal  
No. 2:24-cv-1768-JLR

3

CONSOVOY MCCARTHY PLLC  
1600 Wilson Blvd., Ste. 700  
Arlington, VA 22209  
(703) 243-9423

medical student can contact. Instead, it provides all medical students access to the program through their university emails, at which point they can choose to contact any participating physician to ask questions or seek advice.

7. To make clear that it is open to all, the program has been retitled to the "MD Connections" directory, and the medical school's website now states that the program "is an opportunity open to all," with the "goal" of supporting "first-generation" and "other students who seek connections with physicians with identities and interests similar to their own." *MD Connections* (archived Dec. 30, 2024), perma.cc/LRC3-ALY9.

8. The medical school has also revised certain statements on its website to clarify that all medical students and physicians can participate in the program equally, regardless of race or ethnicity. Those statements include the following, as well as any statements that are materially similar:

> a. The medical school has revised statements asking physician applicants to connect the career advising office with "BIPOC physician mentors who [they] think would support" the program to instead clarify that applicants should connect the office with "physician mentors who [they] think would support" the program. *See MD Connections Directory - Sign Up Form* (last visited Dec. 30, 2024), bit.ly/MD-Connections-Application-Form.

Joint Stipulation of Dismissal  4
No. 2:24-cv-1768-JLR
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

  b. The medical school has revised statements that the program is "for UWSOM BIPOC students," *e.g.*, *UW BIPOC Physicians Directory* (archived Oct. 14, 2024), perma.cc/TT8L-TC63, to instead clarify that the program is "for UWSOM students," *e.g.*, *MD Connections* (archived Dec. 30, 2024), perma.cc/LRC3-ALY9.

  c. The medical school has revised statements that participating physicians "can serve as points of contact for UWSOM BIPOC student questions," *e.g.*, *UW BIPOC Physicians Directory* (archived Oct. 14, 2024), perma.cc/TT8L-TC63, to instead clarify that physicians "can serve as points of contact for UWSOM student questions," *e.g.*, *MD Connections* (archived Dec. 30, 2024), perma.cc/LRC3-ALY9.

  d. The medical school has revised statements that the program is a resource "for BIPOC students," *e.g.*, *Diverse Identities & Affinity Groups* (archived Oct. 14, 2024), perma.cc/6MAR-NZMN, to instead clarify that the program is "available to all students" and that "all UWSOM students may participate and benefit," *e.g.*, *Diverse Identities & Affinity Groups* (archived Dec. 30, 2024), perma.cc/N2ZB-9CVB.

9. Consistent with these clarifications, the program has not and will not require participants (either physicians or medical students) to identify as BIPOC to participate in the program. When reviewing a medical student's request to access the

Joint Stipulation of Dismissal
No. 2:24-cv-1768-JLR

5

CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

program or a physician's request to add their name to the program, the medical school does not and will not consider the student's or physician's race or ethnicity. The medical school also does not and will not require participants or would-be participants to report their race or ethnicity and has added language clarifying that participating physicians may choose "Prefer Not to Say."

10. The case is hereby dismissed, with both sides to bear their own fees and costs.

Joint Stipulation of Dismissal
No. 2:24-cv-1768-JLR
6
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

Dated: January 10, 2025

/s/ *Joel B. Ard*
Joel B. Ard, WSBA # 40104
joel@ard.law
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243

/s/ *Cameron T. Norris*
Thomas R. McCarthy*
Cameron T. Norris*
  *Lead Counsel*
Frank H. Chang*
C'Zar Bernstein*
Zachary Grouev*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
frank@consovoymccarthy.com
czar@consovoymccarthy.com
zach@consovoymccarthy.com

*pro hac vice

*Counsel for Plaintiff*

Respectfully submitted,

ROBERT W. FERGUSON
*Attorney General*

/s/ *Nathan Bays*
NATHAN BAYS, WSBA # 43025
R. JULY SIMPSON, WSBA # 45869
LUCY WOLF, WSBA # 59028
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
(206) 464-7744
Nathan.Bays@atg.wa.gov
July.Simpson@atg.wa.gov
Lucy.Wolf@atg.wa.gov

*Counsel for Defendants*

Joint Stipulation of Dismissal
No. 2:24-cv-1768-JLR

7

CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423